# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MARSHA PALMER, | Case No. 2:20-cv-06426 |
| Plaintiff, | |
| | JUDGE MICHAEL H. WATSON |
| v. | |
| | MAGISTRATE JUDGE CHELSEY M. VASCURA |
| EMBASSY WINCHESTER, LLC, | |
| Defendant. | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 2nd day of July 2021.

| | |
|---|---|
| /s/Trisha M. Breedlove | /s/Kristina Leach (email approval on 6/8/21) |
| Trisha M. Breedlove (0095852) | Kristina Leach (0099425) |
| The Spitz Law Firm, LLC | Salsbury & Salsbury, LPA |
| 1103 Schrock Road, Suite 307 | 5611 Hudson Drive, Suite 400 |
| Columbus, Ohio 43229 | Hudson, Ohio 44236 |
| Telephone: (216) 291-4744 | Telephone: (330) 655-5760 |
| Facsimile: (216) 291-5744 | Facsimile: (330) 655-0526 |
| trisha.breedlove@spitzlawfirm.com | kleach@salsburylaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |